# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

STEVE GELIS, )
         Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV509-022
)
D. RAY CORRECTIONAL FACILITY, )
INC., a/k/a D. Ray James Correctional )
Facility in their individual and official )
capacities; DONALD JACKSON, )
Warden; Dr. CHARLES HARDEN; )
MARK GARNER, Unit Manager; )
PENELOPE J. KNOX, USMS, )
Supervisory Deputy; PAMELA )
L. FOWLER; and Dr. CARTER, )
)
         Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion to Dismiss filed by Defendants Donald Jackson, Charles Harden, and Mark Garner is **GRANTED**. Plaintiff's claims against Defendants Jackson, Harden, Garner, and D. Ray James Correctional Facility are **DISMISSED**.

**SO ORDERED**, this \_\_\_\_ day of _____, 2010.

        LISA GODBEY WOOD, CHIEF JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)