FILED
U.S. DISTRICT COURT
DIV.

DEC 23  AM 9:57

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

STEVE GELIS,                                    )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )    CIVIL ACTION NO.: CV509-022
                                                )
PENELOPE J. KNOX, USMS,                         )
Supervisory Deputy; PAMELA                      )
L. FOWLER; and Dr. CARTER,                      )
                                                )
                    Defendants.                 )

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed an action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown
Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), alleging violations
of his constitutional rights while he was housed at D. Ray James Detention Facility.
Defendants Donald Jackson, Charles Harden, Pamela L. Fowler and Mark Garner filed
a Motion to Dismiss. (Doc. No. 47). Defendants Jackson, Harden, and Garner were
dismissed as Defendants in a previously entered Order, (see Doc. No. 59), therefore,
the instant Motion is only applicable to Defendant Fowler.

On September 28, 2009, this court entered an Order stating, "Plaintiff is charged
with the responsibility of immediately informing this court and defense counsel of any
change of address during the pendency of this action. Local Rule 11.1. Failure to do so
may result in dismissal of this case." (Doc. No. 13, p. 6). Counsel for Defendants
attempted to serve Plaintiff with the answer of Defendant Fowler on August 3, 2010.

AO 72A
(Rev. 8/82)

The answer was returned by the United States Post Office as undeliverable. Local Rule 41(b) provides that the Court may dismiss an action for want of prosecution where there has been "willful disobedience of neglect of any order of the Court." Defendants filed the instant Motion on September 3, 2010. On September 17, Plaintiff was directed to file any objection to Defendants' Motion. Plaintiff failed to respond.

Based on the foregoing , it is my **RECOMMENDATION** that Defendants' Motion to Dismiss be **GRANTED**. Plaintiff's claims against Pamela Fowler should be dismissed, without prejudice, due to Plaintiff's failure to prosecute.

**SO REPORTED** and **RECOMMENDED**, this _23_ day of December, 2010.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE