IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

STEVE GELIS, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV509-022
)
PENELOPE J. KNOX, USMS )
Supervisory Deputy; PAMELA L. )
FOWLER; and Dr. CARTER, )
)
    Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's claims against Pamela L. Fowler are **dismissed,** without prejudice, due to Plaintiff's failure to prosecute.

SO ORDERED, this 16 day of January, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)