IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

STEVE GELIS, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV509-022
)
PENELOPE J. KNOX, USMS )
Supervisory Deputy, and )
Dr. CARTER, )
)
    Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Dr. Carter are **DISMISSED** due to Plaintiff's failure to prosecute.

SO ORDERED, this 4 day of February, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)