IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| STEVE GELIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: CV509-022 |
| PENELOPE J. KNOX, USMS Supervisory Deputy, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Dismiss or in the Alternative Motion for Summary Judgment filed by Penelope J. Knox, is **GRANTED**. Plaintiff's request for injunctive and declaratory relief is **dismissed**. Defendant's Motion to Dismiss for Failure to Prosecute is **dismissed** as moot. Plaintiff's complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 24 day of March, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)